UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-62420-KMM

RITA KATZ,

    Plaintiff,
vs.

FESTIVAL FUN PARKS, LLC,
d/b/a MIAMI SEAQUARIUM,

    Defendant.
_____/

## NOTICE OF MEDIATOR SELECTION

Plaintiff RITA KATZ and Defendant FESTIVAL FUN PARKS, LLC, d/b/a MIAMI SEAQUARIUM (collectively, the "Parties"), pursuant to the Court's Order of Referral to Mediation [DE 13] and subsequent Order [D.E. 15], hereby advises the Court that the Parties have agreed upon the selection of **Peter E. Abraham, Esq.**, of Biscayne Mediation, 19 West Flagler Street, Suite 602, Miami, Florida 33130, Phone: 305-374-0042, to mediate this matter. Parties are currently conferring as to the location, date, and time of the mediation and anticipate agreeing on such parameters within the near future.

Dated: February 1, 2019

| | |
|---|---|
| */s/ Yechezkel Rodal*<br>Yechezkel Rodal, Esq.<br>Florida Bar No.: 91210<br>Rodal Law, P.A.<br>5300 N.W. 33rd Ave., Ste. 219<br>Ft. Lauderdale, Florida 33309<br>Telephone: (954) 367-5308<br>Facsimile: (954) 900-1208<br>Email: chezky@rodallaw.com<br><br>*Counsel for Plaintiff* | */s/ Andrew W. Bray*<br>Andrew W. Bray, Esq.<br>Florida Bar No.: 0752401<br>Vernis & Bowling of Miami, P.A.<br>1680 NE 135th Street<br>Miami, FL 33181<br>Telephone: (305) 895-3035<br>Facsimile: (305) 892-1260<br>Email: awbfiling@florida-law.com<br><br>*Counsel for Defendant* |

**Rodal Law, P.A.**
5300 NW 33rd Ave., Ste. 219 ● Ft. Lauderdale, Florida 33309 ● Telephone (954) 367-5308 ● Facsimile (954) 900-1208
www.Rodallaw.com