UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-62420-KMM

RITA KATZ,

      Plaintiff,

v.

FESTIVAL FUN PARKS, LLC
d/b/a MIAMI SEAQUARIUM,

      Defendant.

_____/

## DEFENDANT'S NOTICE OF SERVICE OF RULE 68 OFFER OF JUDGMENT

Defendant, Festival Fun Parks, LLC d/b/a Miami Seaquarium, by and through its undersigned counsel, hereby gives notice of serving Plaintiff, RITA KATZ, with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on this 28th day of March, 2019.

Respectfully submitted,

*/s/ Andrew W. Bray*
Andrew W. Bray
Florida Bar No. 0752401
Vernis & Bowling of Miami, P.A.
1680 NE 135th Street
Miami, FL 33181
Phone: (305) 895-3035
Fax: (305) 892-1260
Email: abray@florida-law.com
*Counsel for Defendant, Festival Fun Parks, LLC*
*d/b/a Miami Seaquarium*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of March, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Andrew W. Bray*
Andrew W. Bray
Florida Bar No. 0752401
Vernis & Bowling of Miami, P.A.
1680 NE 135th Street
Miami, FL 33181
Phone: (305) 895-3035
Fax: (305) 892-1260
Email: abray@florida-law.com
*Counsel for Defendant, Festival Fun Parks, LLC*
*d/b/a Miami Seaquarium*

## SERVICE LIST

Yechezkel Rodal, Esq.
Florida Bar No. 91210
Email: Chezky@Rodallaw.com
Sonja Cajuste, Esq.
Florida Bar No. 102983
Email: Sonja@Rodallaw.com
Rodal Law, P.A.
5300 NW 33rd Avenue, Suite 219
Fort Lauderdale, FL 33309
Phone: (954) 367-5308
Fax: (954) 900-1208
*Counsel for Plaintiff, Rita Katz*